Robert F. Brennan, Esq. [S.B. #132449]
**LAW OFFICES OF ROBERT F. BRENNAN APC**
3150 Montrose Ave.
La Crescenta, Ca. 91214
[818] 249-5291
FAX [818] 249-4329
Email: rbrennan@brennanlaw.com

Attorney for: Plaintiff Raina Gustafson

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAINA GUSTAFSON, an Individual;<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS INC., SYSTEMS & SERVICES TECHNOLOGIES, INC., is a business entity, form unknown; HSBC BANK USA NATIONAL ASSOCIATION and DOES 1-10, Inclusive,<br><br>　　　Defendants. | Case No.: CV14-01453 ODW(Ex)<br><br>Hon. Otis D. Wright II<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT HSBC BANK USA, N.A., ONLY |

　　　Plaintiff Raina Gustafson ("Plaintiff") and Defendant HSBC BANK USA, N.A., *only*, file this Stipulation of Dismissal with Prejudice and in support hereof would respectfully show the Court as follows:

There are no longer any issues in this matter between Plaintiff and Defendant HSBC BANK USA, N.A. to be determined by this Court. Plaintiff hereby stipulates that all claims or causes of action against Defendant HSBC BANK USA, N.A., only, which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, with court costs to be paid by the party incurring same.

This stipulation for dismissal with prejudice of HSBC BANK USA, N.A. will have no effect on the remainder of Plaintiff's case against Defendants Experian Information Solutions Inc. and Systems and Services Technologies, Inc.

Respectfully Submitted,

Dated: Oct. 27 , 2014     **LAW OFFICES OF ROBERT F. BRENNAN APC**

BY: ___s/Robert F. Brennan____
Robert F. Brennan, Esq.
Attorneys for Plaintiff
Raina Gustafson

Dated: Oct. 27 , 2014     **KATTEN MUCHIN ROSENMAN LLP**

BY: ___s/Paul A. Grammatico_
Paul A. Grammatico, Esq.
Attorneys for Defendant
HSBC BANK USA, N.A.

PROOF OF SERVICE

      I am employed in the county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 3150 Montrose Avenue, La Crescenta, CA 91214.

      On **October 27, 2014**, I served the foregoing document described as **STIPULATION OF DISMISSAL WITH PREJIDUCE OF DEFENDANT HSBC BANK USA, N.A., ONLY** on parties in this action,

[ x ] By ECF: On this date, I electronically filed the document(s) with the Clerk of the Court using CM/ECF system, which sent electronic notification of such filing to the following:


Paul A. Grammatico
Gregory S. Korman
Stuart M. Richter
KATTEN MUCHIN ROSENMAN LLP
650 Town Center Drive Ste 700
Costa Mesa CA 92626-7122
714-386-5782
Fax: 714-966-6821
Paul.grammatico@kattenlaw.com
Gregory.korman@kattenlaw.com
Stuart.richter@kattenlaw.com

Katherine A. Klimkowski
JONES DAY
3161 Mihcelson Drive Ste. 800
Irvine CA 92612
949-851-3939
Fax: 949-553-7539
kaklimkowski@jonesday.com

Damian P. Richard
SESSIONS FISHMAN NATHAN AND ISRAEL
1545 Hotel Circle South St. 150
San Diego CA 92108
619-758-1891
Fax: 617-296-2013
drichard@sessions-law.biz

      [ ] *I deposited such envelope in the mail at La Crescenta, California.  The envelope was mailed with postage thereon fully prepaid.

      [X ] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

      Executed on **October 27, 2014**, at La Crescenta, California.


                          __s/Daniel Grubbs__
                          Daniel Grubbs