Robert F. Brennan, Esq. [S.B. #132449]
**LAW OFFICES OF ROBERT F. BRENNAN APC**
3150 Montrose Ave.
La Crescenta, Ca. 91214
[818] 249-5291
FAX [818] 249-4329
Email: rbrennan@brennanlaw.com

Attorney for: Plaintiff Raina Gustafson

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAINA GUSTAFSON, an Individual;<br><br>  Plaintiff,<br><br>  vs.<br><br>EXPERIAN INFORMATION SOLUTIONS INC., SYSTEMS & SERVICES TECHNOLOGIES, INC., is a business entity, form unknown; HSBC BANK USA NATIONAL ASSOCIATION and DOES 1-10, Inclusive,<br><br>  Defendants. | Case No.: CV14-01453 ODW(Ex)<br><br>Hon. Otis D. Wright II<br><br>**ORDER OF DIMISSAL WITH PREJUDICE OF DEFENDANT HSBC BANK USA, N.A., ONLY** |

Plaintiff Raina Gustafson has announced to the Court that all matters in controversy against Defendant HSBC Bank USA, N.A., only, have been resolved. A Stipulation of Dismissal with Prejudice has been filed with the Court.  Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Raina Gustafson against Defendant HSBC Bank USA, N.A., only, are in all respect dismissed with prejudice to the refiling of same, with Court costs to be paid by the party incurring same. This Order for dismissal with prejudice of HSBC BANK USA, N.A. will have no effect on the remainder of Plaintiff's case against Defendants Experian Information Solutions Inc. and Systems and Services Technologies, Inc.

DATED this 28 th day of October 2014.

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE