1  Katherine A. Klimkowski (SBN 263099)
   kaklimkowski@jonesday.com
2  JONES DAY
   3161 Michelson Drive, Suite 800
3  Irvine, CA  92612.4408
   Telephone:  (949) 851-3939
4  Facsimile:   (949) 553-7539

5  Angela M. Taylor (SBN 210425)
   angelataylor@jonesday.com
6  JONES DAY
   3161 Michelson Drive, Suite 800
7  Irvine, CA  92612.4408
   Telephone:  (949) 851-3939
8  Facsimile:   (949) 553-7539

9
   Attorneys for Defendant
10 EXPERIAN INFORMATION SOLUTIONS, INC.
11

12              UNITED STATES DISTRICT COURT
13              CENTRAL DISTRICT OF CALIFORNIA
14

15 | RAINA GUSTAFSON, an Individual;     | Case No. 2:14-cv-1453 ODW-Ex
16 |         Plaintiff,                   | Assigned for all purposes to:
17 |   v.                                 | Otis D. Wright, II
18 | EXPERIAN INFORMATION                 | [~~PROPOSED~~] ORDER
   | SOLUTIONS, INC., SYSTEMS &           | GRANTING STIPULATED
19 | SERVICES TECHNOLOGIES, INC.,         | PROTECTIVE ORDER
   | is a business entity, form unknown;  |
20 | HSBC BANK USA NATIONAL               | Complaint filed: February 26, 2014
   | ASSOCIATION and DOES 1-10,           |
21 | Inclusive,                           |
22 |         Defendants.                  |
23

24     IT IS HEREBY ORDERED that the Stipulated Protective Order entered by

25 and between Plaintiff Raina Gustafson ("Plaintiff"), Defendant Experian

26 Information Solutions, Inc. ("Experian"), and Defendant Systems & Services

27 Technologies, Inc. ("SST") is GRANTED.

28

IRI-360069196v1                                        [PROPOSED ORDER]
                                                       Case No. 2:14-cv-01453 ODW-Ex

1 **IT IS SO ORDERED.**

3 Dated: 11/20/14

4 Magistrate Judge Charles F. Eick