Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Ste. 150
San Diego, CA  92108
Tel:    619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions-law.biz
drichard@sessions-law.biz

Attorneys for Systems & Services Technologies, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAINA GUSTAFSON, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS INC., SYSTEMS & SERVICES TECHNOLOGIES, INC., HSBC BANK USA NATIONA ASSOCIATION and DOES 1-10, Inclusive,<br><br>Defendants. | Case No: CV14-01453 ODW(Ex)<br><br>DECLARATION OF DAMIAN P. RICHARD IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT<br><br>Date: March 16, 2015<br>Time: 1:30 p.m.<br>Courtroom: 11<br>Judge: Hon. Otis D. Wright |

I, DAMIAN P. RICHARD, declare:

1.     I am an attorney admitted to practice before this Court.  I am an attorney with the law firm of Sessions, Fishman, Nathan & Israel, L.L.P, attorneys of record for Defendant Systems & Services Technologies, Inc. ("SST").  This

Declaration of Damian P. Richard in Support of Motion for Summary Judgment, Partial Summary Judgment

1

declaration is based on my personal knowledge of the matters set forth herein. These matters occurred during the course of this lawsuit and were personally witnessed by me. This declaration is made in support of SST's motion for summary judgment, or in the alternative, partial summary judgment.

2. Attached as Exhibit 1 is a true and correct copy of excerpts and exhibits from the deposition of Plaintiff Raina Gustafson ("Plaintiff") ("Gustafson Depo.") which I attended on October 15, 2014.

3. Attached as Exhibit 2 is a true and correct copy of excerpts and exhibits from the deposition of defendant SST's Sami Davis ("Davis Depo.") which I attended telephonically on November 19, 2014.

4. Attached as Exhibit 3 is a true and correct copy of excerpts and exhibits from the deposition of defendant Experian Information Solutions, Inc. ("Experian")'s Mary A. Methvin ("Experian Depo.") which I attended telephonically on November 24, 2014.

5. Attached as Exhibit 4 is a true and correct copy of the report of defendant Experian's Expert Witness, Kimberly Highes ("Experian Expert Report") dated October 27, 2014, and served on all parties that same date by counsel for defendant Experian.

6. On August 26, 2014, Experian produced documents in this case in response to requests for production of documents. The documents produced by Experian were Bates Numbered with the prefix EXP-GUSTAFSON and included the four Automated Consumer Dispute Verification forms ("ACDV") submitted by SST after SST's investigation in response to the four notices of consumer disputes sent to SST by Experian on September 30, 2013 and January 28, 2014, respectively. Attached as Exhibit 5 are true and correct copies of the four SST

ACDVs—identified as EXP/GUSTAFSON 000339, EXP/GUSTAFSON 000338, EXP/GUSTAFSON 000341, and EXP/GUSTAFSON 000342, and produced by Experian in this case.

7. On September 8, 2014, Plaintiff served responses to interrogatories in this case, which were verified by Plaintiff on September 4, 2014. Attached as Exhibit 6 is a true and correct copy of relevant excerpts from Plaintiff's responses to interrogatories.

8. On November 21, 2014, Plaintiff served responses to requests for admissions in this case, which were verified by Plaintiff on November 17, 2014. Included in the response to Request for Admission No. 5, Plaintiff states under oath that she "is not seeking damages based on the interest paid for the medical loan." Attached as Exhibit 7 is a true and correct copy of relevant excerpts from Plaintiff's responses to requests for admissions.

9. On November 21, 2014, Plaintiff produced documents in response to SST's requests for production of documents, which were verified by Plaintiff on that same day. Included in the production was a certified record from the State of Arizona's Department of State establishing "Swim Kitten" as a trade name (i.e., d/b/a) of All The Queen's Men LLC, an Arizona corporation. Attached as Exhibit 8 is a true and correct copy of relevant excerpts from Plaintiff's production of documents.

10. A key witness in this case is Plaintiff's boyfriend and roommate Koranin Suwannaprasert. I confirmed in writing with Plaintiff's counsel that Mr. Suwannaprasert is not represented by counsel. I caused a deposition subpoena to be served on Mr. Suwannaprasert via certified mail at the address he shares with Plaintiff. Personal service was also attempted; however, Mr. Suwannaprasert

evaded service. Mr. Suwannaprasert signed the certified mail receipt as "Dick Cheney." Mr. Suwannaprasert refused to attend his deposition. Attached as Exhibit 9 are true and correct copies of the deposition subpoena, the proof of service, certified mail receipt, documented attempts at personal service, and my correspondence with Mr. Suwannaprasert.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 2/6/15                                         */s/Damian P. Richard*
                                                            Damian P. Richard, Declarant