Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA 92108-3426
Tel: 619/758-1891
Fax: 619/296-2013
dkirkpatrick@sessions-law.biz
drichard@sessions-law.biz

Attorneys for SYSTEMS & SERVICES TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAINA GUSTAFSON, an individual,<br><br>Plaintiff,<br><br>vs.<br>EXPERIAN INFORMATION SOLUTIONS INC., SYSTEMS & SERVICES TECHNOLOGIES, INC., is a business entity, form unknown; HSBC BANK USA NATIONAL ASSOCIATION and DOES 1-10, Inclusive,<br><br>Defendants. | Case No. 14-CV001453-ODW-E<br><br>EX PARTE APPLICATION FOR LEAVE TO FILE EXPERIAN INFORMATION SOLUTIONS INC.'S ERRATA, SUPPLEMENTAL AUTHORITY, IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT; DECLARATION IN SUPPORT<br><br>Judge: Hon. Otis D. Wright |

TO THIS HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant Systems & Services Technologies, Inc. ("SST") hereby applies to this Court, ex parte, for an order granting leave to file:

(a) The **March 10, 2015** *Errata* (Corrections and Signature), pursuant to Fed. R. Civ. Proc. 30(e)(1), served by former defendant Experian Information Solutions, Inc. ("Experian"), regarding the Declaration of Experian's Mary Methvin (Exhibit A); and

(b) The **February 27, 2015** opinion in *Ramirez v. Verizon Communications, Inc.*, 2015 WL 917531 (S.D.N.Y.) (granting summary judgment on FCRA and FDCPA claims where plaintiff offers only "speculative chain of events" and lacks any "concrete, objective evidence of injury") (Exhibit B).

Good cause exists to grant this Application as it is made on the following grounds:

(a) Experian's *Errata* corrects and clarifies testimony relied upon by Plaintiff Raina Gustafson ("Plaintiff") in her opposition to SST's motion for summary judgment where Plaintiff attempts to raise previously-unalleged instances of inaccuracies and "re-aging" dated *after* the filing of the Complaint. Experian's *Errata*, just now served on all parties, provides further incontrovertible evidence that any perceived inaccuracy or "re-aging" depicted in Plaintiff's credit report on or after February 12, 2014 was due entirely to the error of Experian, and not caused by any act or omission of SST;

(c) The recently issued opinion in *Ramirez v. Verizon Communications, Inc.*, 2015 WL 917531 (S.D.N.Y. Feb. 22, 2015) (granting summary judgment on FCRA and FDCPA claims where plaintiff offers only

"speculative chain of events" and lacks any "concrete, objective evidence of injury") provides persuasive, supplemental authority in support of summary judgment in this case.

Pursuant to Local Rule 7-19, on March 11, 2015, counsel for SST contacted Plaintiff's counsel Robert F Brennan of the Law Offices of Robert F Brennan APC, 3150 Montrose Avenue, La Crescenta, CA 91214, via email to rbrennan@brennanlaw.com, notifying Mr. Brennan of this Application and requesting that Mr. Brennan stipulate to the leave requested. Mr. Brennan responded via email on March 12, 2015, stating Plaintiff will oppose the Application.

Dated: 3/12/15

SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
*/s/ Damian P. Richard*
Damian P. Richard
Attorneys for Defendant
SYSTEMS & SERVICES TECHNOLOGIES, INC.

**MEMORANDUM OF POINTS AND AUTHORITES**

Good cause exists to grant SST's *Ex Parte* Application and consider Experian's *Errata* when ruling on SST's motion for summary judgment, or in the alternative, partial summary judgment. In her Opposition to SST's summary judgment motion, Plaintiff relies on the deposition transcript of Experian's Mary Methvin in attempting to create a genuine issue of material fact based on previously-unalleged, purported instances of inaccuracies and "re-aging" dated *after* the filing of the Complaint. In the *Errata*, served only two days ago, Ms. Methvin corrects and clarifies her deposition testimony, as permitted by Fed. R. Civ. Proc. 30(e)(1), providing further incontrovertible evidence that any perceived inaccuracy or "re-aging" depicted in Plaintiff's credit report on or after February 12, 2014, was due entirely to the error of Experian, and not caused by any act or omission of SST. Shortly after the deposition of Experian's Ms. Methvin, Experian settled Plaintiff's claims for an undisclosed amount. [Dkt. 43.]

Good cause also exists for the Court to consider as supplemental, persuasive authority the recent opinion issued in *Ramirez v. Verizon Communications, Inc.*, 2015 WL 917531 (S.D.N.Y. Feb. 27, 2015) (granting summary judgment on FCRA and FDCPA claims where plaintiff offers only "speculative chain of events" and lacks any "concrete, objective evidence of injury"). The facts and allegations in *Ramirez* are analogous to those presented in SST's summary judgment motion.

Dated: 3/12/15

SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
*/s/ Damian P. Richard*
Damian P. Richard
Attorneys for Defendant
SYSTEMS & SERVICES
TECHNOLOGIES, INC.

**DECLARATION OF DAMIAN P. RICHARD**

I, Damian P. Richard, hereby declare as follows:

1. I am an attorney duly licensed to practice law in all courts of the State of California. I am an attorney at the law firm of Sessions, Fishman, Nathan, and Israel, LLP, attorneys of record for Systems & Services Technologies, Inc. ("SST"). I have personal knowledge of the matters set forth in this declaration. If called as a witness, I could testify competently to such matters.

2. On **March 10, 2015**, former defendant Experian Information Solutions, Inc. ("Experian") served its *Errata* to the deposition transcript of Experian's Mary Methvin. The *Errata* incontrovertibly states that any perceived inaccuracy or "re-aging" which appeared in Plaintiff's Experian Credit Disclosure on or after February 12, 2014, was caused exclusively by Experian's error, and not due to any act or omission of SST. The *Errata* is made under oath and subject to penalty of perjury. A true and correct copy of the *Errata* is attached hereto as Exhibit A, along with copies of the affected pages from Methvin's deposition transcript.

3. On **February 27, 2015**, the U.S. District Court for the Southern District of New York issued an opinion in *Ramirez v. Verizon Communications, Inc.*, 2015 WL 917531 (S.D.N.Y.) (granting summary judgment on FCRA and FDCPA claims where plaintiff offers only "speculative chain of events" and lacks any "concrete, objective evidence of injury"). The facts and allegations in *Ramirez* are analogous to those presented in SST's summary judgment motion. A true and correct copy of the *Ramirez* opinion is attached hereto as Exhibit B.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of March, 2015, at San Diego, California.

/s/*Damian P. Richard*
Damian P. Richard