JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| RAINA GUSTAFSON, an Individual, | Case No: 2:14-cv-01453-ODW(Ex) |
| Plaintiff, | |
| vs. | JUDGMENT |
| EXPERIAN INFORMATION SOLUTIONS INC., SYSTEMS & SERVICES TECHNOLOGIES, INC., is a business entity, form unknown; HSBC BANK USA NATIONAL ASSOCIATION and DOES 1-10, Inclusive, | |
| Defendants. | |

This action came before the Court, Hon. Otis D. Wright, II, District Judge Presiding, on a Motion for Summary Judgment by Defendant Systems & Services Technologies, Inc.  The evidence presented having been fully considered, the issues having been duly heard, and a decision having been duly rendered, the Court stating in its Order the reasons for granting summary judgment.  (ECF No. 79.)

**IT IS ORDERED AND ADJUDGED** that the Plaintiff take nothing, that the action be dismissed on the merits and that Defendant Systems & Services Technologies, Inc. recover its costs of $5,292.40.

**June 22, 2015**

_____
Hon. Otis D. Wright, II
United States District Judge